# EXHIBIT A

## DOWNER, JONES, MARINO & WILHITE, L.L.C.
ATTORNEYS AT LAW

| | | |
|---|---|---|
| PHILIP E. DOWNER, III<br>ALLISON A. JONES<br>MICHAEL A. MARINO<br>REBECCA D. BARHAM<br>JACOB M. OAKLEY | American Tower<br>401 Market Street, Suite 1250<br>Shreveport, Louisiana 71101<br>Telephone: (318) 213-4444<br>Facsimile: (318) 213-4445 | OF COUNSEL<br>PAMELA R. JONES<br>TIMOTHY A. WILHITE |

March 5, 2019

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Exact Sciences
441 Charmany Drive
Madison, WI 53719

Re: Tina Phillips v. Exact Sciences, et al, No. 614820
State of Louisiana, Parish of Caddo, 1st JDC

Dear Sir/Madam,

Please be advised that we have filed a Petition in the above referenced matter. A long-arm citation, as well as a certified copy of the Petition are attached.

Please do not hesitate to contact me should you have any questions.

Yours truly,

Allison A. Jones

/ak
Cc: Krista Sterken
Exact Sciences
441 Charmany Drive
Madison, WI 53719
ksterken@exactsciences.com

karam                                                                CPCC.CV.952739

# Long-Arm Citation

TINA PHILLIPS                          NO. 614820 – A
VS                                     STATE OF LOUISIANA
EXACT SCIENCES, ET AL                  PARISH OF CADDO
                                       FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    EXACT SCIENCES

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date February 28, 2019.

*Also attached are the following:                **MIKE SPENCE, CLERK OF COURT**
_____ REQUEST FOR ADMISSIONS OF FACTS
_____ INTERROGATORIES
_____ REQUEST FOR PRODUCTION OF DOCUMENTS        By: _____
                                                        Deputy Clerk
_____

                                                 ALLISON A JONES - 8134
                                                       Attorney

                                                 A TRUE COPY - - ATTEST

                                                 _____
                                                        Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc. Please call 222-7281 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

| | |
|---|---|
| TINA PHILLIPS | NO: 614820-A |
| VERSUS | 1ST JUDICIAL DISTRICT COURT |
| EXACT SCIENCES AND ANDREW STELL | CADDO PARISH, LOUISIANA |

## PETITION

NOW INTO COURT, through undersigned counsel, comes TINA PHILLIPS ("Plaintiff"), an adult female resident of the State of Louisiana, who respectfully represents the following:

1.

Made defendants in this action is are:

(a) Exact Sciences ("Exact Sciences"), a corporation with domicile and principal place of business in Madison, Wisconsin, but having minimum contacts in the state of Louisiana, who may be served through long-arm statute.

(b) Andrew Stell ("Mr. Stell"), an adult male resident of the Parish of Caddo, State of Louisiana.

2.

Plaintiff commenced employment with Exact Sciences in July, 2017 in the position of Professional Medical Representative II.

3.

During her tenure with Exact Sciences, Plaintiff's supervisor was Mr. Stell.

4.

Mr. Stell commenced a constant and unremitting campaign of unwelcomed sexual advances such as demanding that Plaintiff perform sexual acts for him in exchange for her continued employment at Exact Sciences. In particular:

a. On August 17, 2017, Mr. Stell told Plaintiff that she looked that day and put his hand on her leg. Plaintiff told him not to touch her and Mr. Stell did not respond.

b. On September 26, while sitting in a parking lot of a client, Mr. Stell touched Plaintiff's thigh in an inappropriate manner. Plaintiff was so visibly shaken by this inappropriate action by Mr. Stell, that next time Plaintiff was in that client's building, the front desk receptionist said she had noticed it and asked what had happened.

c. On October 25, 2017, while in the car prior to the sales visit, Mr. Stell put his hand again on Plaintiff's thing even higher than before and told her not to be nervous. As they exited the car, Mr. Stell placed his hand on Plaintiff's lower back and rubbed it, as they walked into the building.

5.

The foregoing acts mostly occurred while Mr. Stell was supervising Plaintiff during sales visits.

6.

The foregoing acts were unwelcomed and were committed without Plaintiff's consent. Plaintiff resisted Mr. Stell's advances, and made it clear to him that she was not interested. Mt. Stell, however, made it clear to Plaintiff that the foregoing acts were made Plaintiff feared the loss of her job if she did not comply.

7.

Because of the treatment inflicted upon Plaintiff by Mr. Stell, Plaintiff has suffered severe and debilitating emotional distress. As a result of this treatment, Plaintiff now suffers from depression and anxiety.

8.

The conduct of Mr. Stell was undertaken by him with the knowledge that severe emotional distress on the part of the Plaintiff was substantially certain to result. Mr. Stell's behavior toward Plaintiff was because of her gender.

9.

On June 25, 2018, Plaintiff reported Mr. Stell's conduct to Exact Sciences's Human Resources Department. Four days later, Plaintiff's employment was terminated for reasons which were false, defamatory, and pretextual for retaliation.

10.

Mr. Stell'streatment of Plaintiff and her termination from Exact Sciences was because of her refusal and resistance to Mr. Stell's advances.

11.

The foregoing conduct of Mr. Stell, as agent of Exact Sciences, constitutes "*quid pro quo*" and "hostile environment" sexual harassment in violation of the Louisiana Employment Discrimination Law. La. R.S. 23:301 et seq.

12.

The conduct complained of herein constitutes the tort of intentional infliction of emotional distress and battery pursuant to Louisiana Civil Code article 2315.

13.

Exact Sciences is liable for the actions of its managers, and its other employees complained of herein, under the doctrine of respondeat superior because said actions were within the course and scope of its employment.

14.

Plaintiff has timely filed a charge with the Equal Employment Opportunity Commission and is currently waiting on the issuance of a Notice of Right to Sue.

15.

Based upon the foregoing, Plaintiff shows that she entitled to recover general damages for emotional distress and lost future wages, attorney's fees, court costs and expert fees under applicable state law.

16.

Plaintiff demands a jury trial as to all issues.

WHEREFORE, PLAINTIFF PRAYS that, after due proceedings had, she be awarded damages, attorney's fees, court costs and expert fees.

WHEREFORE, PLAINTIFF PRAYS for all other legal and equitable relief to which she may be entitled.

RESPECTFULLY SUBMITTED,

DOWNER, JONES, MARINO & WILHITE
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445
e-mail: ajones@dhw-law.com

By: _____
Allison A. Jones, Bar No. 16990
ATTORNEYS FOR PLAINTIFF

ENDORSED FILED
SANDY ROTHELL, Deputy Clerk
FEB 27
CADDO PARISH DEPUTY CLERK OF COURT

STATE OF LOUISIANA

PARISH OF CADDO

### VERIFICATION

BEFORE ME, the undersigned Notary Public, did personally come and appear Tina Phillips, who after being duly sworn, did depose and state that she is the Plaintiff in the foregoing Petition, that she has read the Petition, and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief.

_____
TINA PHILLIPS

Sworn to and subscribed before me on the 27th day of February, 2019.

_____
NOTARY PUBLIC

DOROTHY F. GREEN, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY ID # 79741

4

<u>Please issue citation and summons for long arm service on:</u>
Exact Sciences
441 Charmany Drive
Madison, WI 53719